UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

UNITED STATES OF AMERICA, )
)
         Plaintiff, )
)
         v. )    No. 4:23-CR-00224-HEA
)
RYAN ISAAC KOLKMEIER, )
)
         Defendant. )

## <u>UNITED STATES' SENTENCING MEMORANDUM</u>

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nathan L. Chapman, Assistant United States Attorney for said District, and hereby files its sentencing memorandum. For the reasons outlined below, the Government joins the Defendant's request for a sentence of 97 months.

1. On December 14, 2023, Defendant pled guilty to one count of receipt of child pornography and one count of possession of obscene visual representations of the sexual abuse of children. Following Defendant's guilty plea, the United States Probation Office prepared and issued a Presentence Investigation Report ("PSR"), and calculated the Defendant's guidelines as 151 to 188 months imprisonment.

2. Pursuant to the written plea agreement, the Government agreed to recommend a range of 97 – 121 months imprisonment at the time of sentencing.

3. By way of his Sentencing Memorandum citing 18 U.S.C. 3553(a), Defendant urges the Court to grant him a downward variance and sentence him to 97 months imprisonment.

4. After careful consideration of the PSR and Defendant's sentencing memorandum, the

Government joins Defendant's request for a sentence of 97 months imprisonment.

5.  The reasons for this request include, but are not limited to, 1) the Defendant's mental and emotional health as outlined in the PSR, paragraphs 57 – 58, and 2) the Defendant's participation in sex offender treatment as outlined in the PSR, paragraph 59.

## CONCLUSION

For the foregoing reasons, the United States, in agreement with the Defendant, respectfully requests a sentence of 97 months.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 *s/ Nathan L. Chapman*_____
NATHAN L. CHAPMAN, #60978MO
Assistant United States Attorney
111 S. Tenth Street, Room 20.333
St. Louis, Missouri 63102
Nathan.Chapman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, the foregoing motion was electronically with the Clerk of the Court to be served by way of the Court's electronic filing system upon all counsel of record.

s/ *Nathan L. Chapman*_____
NATHAN L. CHAPMAN, #60978MO
Assistant United States Attorney